IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEVI PERINE, JR., | : | |
| Petitioner, | : | |
| | | CIVIL ACTION 11-00400-KD-M |
| vs. | : | CRIMINAL ACTION 09-00193-KD-M |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 5, 2012, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that that the Petitioner's Motion to Vacate (Doc. 76) is **DENIED** and this action is **DISMISSED**. It is further **ORDERED** that, should Petitioner file a certificate of appealability, it be **DENIED** as he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **3rd** day of **May 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**